UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS OMAR MENDEZ RUIZ,<br><br>              Petitioner,<br><br>         v.<br><br>DHS, et al.,<br><br>              Respondents. | Case No. 5:20-cv-00624-RGK (SHK)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

      On March 27, 2020, Petitioner Denis Omar Mendez Ruiz ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C § 2241 seeking to be released from immigration custody. Electronic Case Filing Number ("ECF No.") 1, Petition.

      On January 15, 2021, Respondents DHS, ICE, USA, and GEO ("Respondents") notified the Court that Petitioner had been removed from the United States on June 26, 2020, and requested that the Court should deny the Petition as moot because Petitioner is no longer in immigration custody. ECF No. 6, Notice of Respondents that Petitioner Has Been Removed from the USA ("Notice") at 2. Attached to the Notice was also a Warrant of Removal dated June 17, 2020. ECF No. 6-1, Warrant of Removal.

1     Because the Petition has been rendered moot by Petitioner's removal from
2 the United States, as acknowledge by the Warrant of Removal, IT IS HEREBY
3 ORDERED that this action is DIMISSED, without prejudice.
4
5
6 Dated: January 26, 2021
7                                 HON. R. GARY KLAUSNER
                                  United States District Judge
8
9
10 Presented by:
11
12
13 HON. SHASHI H. KEWALRAMANI
    United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28