JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS OMAR MENDEZ RUIZ,<br><br>     Petitioner,<br><br>  v.<br><br>DHS, et al.,<br><br>     Respondents. | Case No. 5:20-cv-00624-RGK (SHK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this action is **DISMISSED** without prejudice.

Dated: January 26, 2021

*/s/ Gary Klausner*
HON. R. GARY KLAUSNER
United States District Judge